IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MARCUSS P. CHILDS and<br>MARTIN SHUMBERT, successor or<br>representative of Marcuss Childs, | JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | 11-cv-500-bbc |
| v. | |
| DAVID BURNETT, DALIA SULIENE,<br>CARLO GAANAN, W. BRAD MARTIN,<br>PAUL SUMNICHT and<br>THOMAS WILLIAMS, | |
| Defendants. | |

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case under Fed. R. Civ. P. 25(a) for failure of plaintiff Marcuss P. Child's representative to file a timely motion for substitution.

| | |
|---|---|
| /s/ | 9/19/2013 |
| Peter Oppeneer, Clerk of Court | Date |